

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE INTEREST OF M. S. V., JR., | | No. 08-20-00088-CV |
| MINOR CHILD, | § | |
| | | Appeal from the |
| Appellant. | § | |
| | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2012DCM10912) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until December 2, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that Veronica Chavez Vara, Pro Se, prepare the Pro Se's Brief and forward the same to this Court on or before December 2, 2020.

IT IS SO ORDERED this 16th day of October, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.